**Order entered May 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00470-CR

**EDWARD FRANK WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F13-24143-I**

## ORDER

The Court **GRANTS** appellant's April 30, 2015 motion to substitute counsel. Tom Pappas is substituted for Robert Baskett as appellant's counsel of record. We **DIRECT** the Clerk to send all correspondence to Tom Pappas, Burleson, Pate & Gibson, L.L.P., 900 Jackson Street, Suite 330, Dallas, Texas 75202; telephone: (214) 871-4900; facsimile: (214) 871-7543.

The reporter's record is overdue. We **ORDER** Official Court Reporter Velma R. Loza to file the reporter's record within **THIRTY DAYS** from the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Official Court Reporter Velma R. Loza.

/s/    LANA MYERS
           JUSTICE